# UNITED STATES BANKRUPTCY
# DISTRICT OF SOUTH CAROLINA

## CERTIFICATE OF SERVICE

CHAPTER 13

RE:        Case No.:  20-00187-jw

Debtor(s)    Keneth Dale Watts

I did this date serve the Notice and Order Regarding Procedures for Loss Mitigation/Mortgage Modification filed by the court on January 10, 2020, Document Number 6, on the parties listed below by electronic notice or by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

January 15, 2020

/s/Gared Eichholz
Gared Eichholz, Legal Assistant to
RICHARD A. STEADMAN, JR.
Post Office Box 60367
North Charleston, SC 29419
(843) 529-1100
rsteadman@steadmanlawfirm.com
District Court I.D. #4284
ATTORNEY FOR THE DEBTOR

**Via U.S. Postal Service**

Patricia Conklin
PO Box 910
Goose Creek SC 29445-0000

J.Ryan Neville
Stevens & Lee, P.C.
151 Meeting Street
Suite 350
Charleston, SC 29401