UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

CASE NO: 20-00187-JW

ORDER

The relief set forth on the following pages for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**06/09/2020**



*John E Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 06/09/2020

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

IN RE:

KENNETH DALE WATTS

Debtor

CASE NO: 20-00187-JW
(CHAPTER 13)

**ORDER**
**GRANTING**
**MORATORIUM**

    The debtor filed a motion for moratorium requesting a deferral of payments for 4 month (s). The parties have agreed that a moratorium will be granted for the month (s) March 2020, April 2020, May 2020, June 2020. The debtor will resume the regular monthly payment of $7,800.00 in July 2020.

    The parties agree that if the debtor fails to make any future payments to the Trustee in a timely manner, the case may be dismissed upon written request of the Trustee, without further notice or hearing.

    This order shall not be interpreted to require the Trustee to issue a refund of any payments to the debtor. A refund request will not be considered by the Trustee unless a separate, specific request is made in writing within ten (10) days of the entry of this order, the refund request will not make the debtor's case delinquent, and the Trustee agrees that funds are available in the case to be refunded. The Trustee will only issue refunds on regular disbursement dates, and will not refund funds that have already been disbursed.

    Based on the agreement of the parties,

    **IT IS HEREBY ORDERED** that the motion for moratorium is granted for March 2020, April 2020, May 2020, June 2020. The missed payments will not be forgiven but will be added to the end of the plan. If the Debtor fails to make any future payments to the Trustee in a timely manner, the case may be dismissed upon written request of the Trustee, without further notice or hearing.

**AND IT IS SO ORDERED.**