UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

CASE NO: 20-00187-JW

ORDER REGARDING OBJECTION TO CLAIM

The relief set forth on the following pages for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**09/01/2021**



*John E Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 09/01/2021

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

IN RE:

KENNETH DALE WATTS

Debtor

CASE NO: 20-00187-JW

(CHAPTER 13)

**ORDER ON TRUSTEE'S OBJECTION TO CLAIM**

This matter is before the Court on the objection of the Trustee to a claim in the amount of $7,688.70 filed in the above-entitled case on July 12, 2021, court claim # 9 and any amendment thereto by:

**Electronic Merchant Systems**
**Egon P Singerman Esq**
**30625 Solon Road, Suite C**
**Cleveland, OH  44139-0000**                              (2000187/16.00)

Following notice to the parties in interest and without objections,

IT IS ORDERED that the claim be:

**Disallowed for the following reason(s):**

This claim was filed after the period within which claims may be filed pursuant to 11 U.S.C. § 502(b)(9) and Bankruptcy Rule 3002 or 3004.

AND IT IS SO ORDERED