**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>KENNETH DALE WATTS<br><br><br>Debtor | CASE NO: 20-00187-JW<br><br>(CHAPTER 13)<br><br>**MOTION TO DISMISS CASE**<br>**PURSUANT TO PRIOR ORDER OF THE**<br>**COURT - NON-PAYMENT** |

This Court entered an Order on January 07, 2021 (Prior Order), approving an agreement between the Trustee and the Debtor to cure a payment arrearage.  To avoid dismissal of this Chapter 13 case, the Debtor agreed to make a regular payment of $7,800.00 for December 2020.  Payments as follows were to be received by the Trustee by the end of the following months:

| | | | |
|---|---|---|---|
| January 2021 | at $9,800.00 | August 2021 | at $9,800.00 |
| February 2021 | at $9,800.00 | September 2021 | at $9,800.00 |
| March 2021 | at $9,800.00 | October 2021 | at $9,800.00 |
| April 2021 | at $9,800.00 | November 2021 | at $9,800.00 |
| May 2021 | at $9,800.00 | December 2021 | at $9,800.00 |
| June 2021 | at $9,800.00 | | |
| July 2021 | at $9,800.00 | | |

The Debtor were to resume regular monthly payments of $7,800.00 beginning **January 2022**.

Pursuant to the terms of the Prior Order, this case may be dismissed upon request of the Trustee, without further notice or hearing, if the Debtor fails to comply with the terms of the agreement, or upon further default.

The Debtor has failed to make the payments as required.  The Trustee therefore requests an order dismissing this case, without further notice or hearing.

Dated: October 29, 2021

/s/ James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com