## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

CASE NO:  20-00187-JW

ORDER OF DISMISSAL FOR NON-COMPLIANCE

The relief set forth on the following pages for a total of 3 pages including this page, is hereby **ORDERED**.

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO: 20-00187-JW |
| KENNETH DALE WATTS | (CHAPTER 13) |
| Debtor | **ORDER OF DISMISSAL PURSUANT TO PRIOR ORDER OF THE COURT** |

This matter comes before the Court upon the Chapter 13 Trustee's Motion to Dismiss this case without further notice or hearing. The Order entered January 07, 2021 ("Prior Order") approved an agreement between the Trustee and the Debtor to cure a payment arrearage. To avoid dismissal of this Chapter 13 case, the Debtor agreed to make a regular payment of $7,800.00 for December 2020. Payments as follows were to be received by the Trustee by the end of the following months:

| | | | |
|---|---|---|---|
| January 2021 | at $9,800.00 | August 2021 | at $9,800.00 |
| February 2021 | at $9,800.00 | September 2021 | at $9,800.00 |
| March 2021 | at $9,800.00 | October 2021 | at $9,800.00 |
| April 2021 | at $9,800.00 | November 2021 | at $9,800.00 |
| May 2021 | at $9,800.00 | December 2021 | at $9,800.00 |
| June 2021 | at $9,800.00 | | |
| July 2021 | at $9,800.00 | | |

The Debtor were to resume regular monthly payments of $7,800.00 beginning January 2022.

Pursuant to the terms of the Prior Order, this case may be dismissed upon request of the Trustee, without further notice or hearing, if the Debtor Fails to comply with the terms of this agreement, or upon future default. The Trustee's payment records, a copy of which are attached as "Exhibit A," evidence that the Debtor has defaulted in payments such that dismissal of the case is warranted.

NOW, THEREFORE, upon good cause shown,

IT IS ORDERED that this case is dismissed.

**AND IT IS SO ORDERED**

# EXHIBIT A

20-00187-JW KENNETH DALE WATTS

## RECEIPT HISTORY

| Receipt Date | Description | Source | Amount |
|---|---|---|---|
| February 13, 2020 | TFS - NATIONWIDE RECEIPT | tfs | $7,500.00 |
| July 17, 2020 | TFS - NATIONWIDE RECEIPT | tfs | $7,500.00 |
| October 21, 2020 | TFS - NATIONWIDE RECEIPT | tfs | $7,500.00 |
| January 07, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $7,800.00 |
| February 01, 2021 | TFS - NATIONWIDE RECEIPT | | $5,000.00 |
| February 01, 2021 | TFS - NATIONWIDE RECEIPT | | $5,000.00 |
| February 10, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $5,000.00 |
| February 10, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $5,000.00 |
| March 31, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $5,000.00 |
| March 31, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $5,000.00 |
| May 04, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $5,000.00 |
| May 04, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $5,000.00 |
| June 03, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $2,000.00 |
| June 03, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $3,000.00 |
| June 03, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $5,000.00 |
| July 02, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $4,400.00 |
| July 02, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $4,400.00 |
| August 04, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $4,000.00 |
| August 04, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $3,000.00 |
| August 18, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $7,000.00 |
| September 01, 2021 | TFS - NATIONWIDE RECEIPT | tfs | $6,000.00 |

**Total**: $109,100.00